**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR RECONSIDERATION EN BANC

Appellate case name: *Javier Noel Campos **v**. The State of Texas*

Appellate case numbers: 01-13-00415-CR, 01-13-00416-CR, 01-13-00417-CR

Trial court case numbers: 1328806, 1328807, 1308988

Trial court: 184th District Court of Harris County

Date motion filed: February 2, 2015

Party filing motion: Appellant

It is ordered that the motion for reconsideration en banc is ☒ **DENIED** ☐ **GRANTED.**

Judge's signature: /s/ Evelyn V. Keyes
☐ Acting Individually ☒ Acting for the Court

En Banc Court consists of: Chief Justice Radack and Justices Jennings, Keyes, Higley, Bland, Massengale, Brown, Huddle, and Lloyd

Date: February 19, 2015